LAW OFFICE OF RALPH O. LEWIS
Ralph O. Lewis, Jr., Attorney at Law
Cal. Bar No.: 140132
1101 California Avenue, Suite 100
Corona, California 92881
Tel:(951) 696-4777 Fax:(951) 696-4776

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH BRAZY AND JOHN CARTAN<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT; ALAMEDA UNIFIED SCHOOL DISTRICT; ARDELLA DAILEY SUPERINTENDENT OF THE ALAMEDA UNIFIED SCHOOL DISTRICT; THERESA ANDERBERG IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF SPECIAL EDUCATION SERVICES FOR THE ALAMEDA UNIFIED SCHOOL DISTRICT; AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: C05-03536JCS<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice based on the settlement agreement between the parties, dated 12/15/05, pursuant to FRCP 41 (a)(1).

Dated this 29th day of December, 2005.

1

-29-2005 11:36 From:LOZANO SMITH         4154563826         To:9516964776         P.3/3
12/29/2005  11:13     9516964776          LAWOFFICERALPHLEWIS1                  PAGE  03/03

/s/ Ralph O. Lewis, Jr.
Ralph O. Lewis, Jr., Esq.
LAW OFFICE OF RALPH O. LEWIS
Attorney for Plaintiffs,
Betsy Brazy and John Cartan

/s/ Sloan Simmons
Sloan Simmons
LOZANO SMITH
Attorneys for Defendants:
Governing Board of Alameda Unified School District; Alameda Unified School District; Ardella Dailey Superintendent of the Alameda Unified School District; Theresa Anderberg In Her Official Capacity as the Director of Special Education Services for the Alameda Unified School District; and Does 1 Through 10.

Dated:  January 3, 2006

**IT IS SO ORDERED**

/s/ Joseph C. Spero
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

DEC-29-2005 11:16AM   From: 9516964776        ID:LOZANO SMITH         Page:003  R=97%